

U.S. Department of Justice

*United States Attorney*

*District of New Jersey*

---

April 20, 2023

**VIA ECF**

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/20/2023

Honorable John Michael Vazquez
United States District Judge
U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:    <u>United States v. Gary Shahid, Crim. No. 20-236</u>

Dear Judge Vazquez:

      Defendant Gary Shahid filed an omnibus pretrial motion on April 7, 2023. D.E. 273.  The Court indicated on March 22, 2023, D.E. 266, that the Government's response is due tomorrow, Friday, April 21, 2023.  Defendant's motion raises some issues which has required an extensive review of the entire case file.  The Government respectfully seeks an extension until May 1, 2023, to file its response in opposition.

      Defense counsel has no objection to the additional time for the Government to file its response, however, the defendant will not and does not consent to any adjournments or continuances.  The parties will be prepared to proceed with oral arguments when scheduled by the Court.

      Thank you for your consideration of this request for additional time.

      Respectfully submitted,

      PHILIP R. SELLINGER
      United States Attorney

      By:   Jason Goldberg
      Assistant United States Attorney

cc: Thomas Ambrosio, Esq., via ECF